W. N. STEVENSON & COMPANY, INC., v. HERMAN HARTMAN.— Motion

for reargument denied; motion for leave to appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.